Roig v. El Registrador de la Propiedad.

Recurso gubernativo contra nota del Registrador de la Propiedad de Humacao.

No. 87.—Resuelto en abril 17, 1911.

Inscripción de Servidumbre.—Solicitada la inscripción de una servidumbre de paso sobre determinada finca, mediante la presentación de un documento que no envuelve la constitución de tal servidumbre, sino el otorgamiento de otro contrato, aunque en él haya hecho el recurrente la reserva de la servidumbre de paso, que fué constituída por otra escritura de cuyas estipulaciones se ha prescindido al solicitar dicha inscripción, procede denegar ésta, pudiendo el interesado acudir nuevamente al registro con los documentos justificativos del referido derecho a fin de que se verifique su inscripción.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. Francisco González Fagundo.*

El Juez Presidente Sr. Hernández, emitió la opinión del tribunal.

Don Rodulfo Leoncio Pérez y Polanco, dueño de la hacienda "Providencia," sita en el término municipal de Humacao segregó de ella una porción compuesta de doce cuerdas con los edificios, establecimientos, maquinaria y dependencias ubicadas en dicha porción, y vendió ésta por escritura pública de 15 de noviembre de 1896 a Don Antonio Roig y Torrellas, consignándose en la cláusula 6ª. de dicha escritura que el vendedor se obligaba a permitir por los terrenos de su finca "Providencia" y sin perjuicio de sus plantaciones,

los caminos que el comprador considere necesarios; cuya venta fué inscrita en el Registro de la Propiedad de Humacao, habiendo sido inscrita igualmente la servidumbre convenida en la cláusula expresada, tanto con relación a la finca principal que conservó el nombre de "Providencia," como a la segregada, que vino a recibir el nombre de "El Ejemplo."

Tales inscripciones no han sido canceladas en el mencionado registro de la propiedad.

Muerto Don Rodulfo Leoncio Pérez Polanco, fué adjudicada a su hija Doña Julia Ana María Pérez y Sánchez, una porción de la hacienda "Providencia" compuesta de 53 cuerdas 75 centavos de otra, que como finca independiente, y con el nombre de "Vega del Recreo," fué inscrita en el registro de la propiedad, sin expresión de la condición estipulada en la escritura de 15 de noviembre de 1896.

Por escritura pública de 21 de agosto de 1902, Don Emilio Cuadra y Rosa, legítimo esposo de Doña Julia Ana María Pérez y Sánchez que también asistió al acto, concertó con Don Antonio Roig Torrellas un préstamo de cuatro mil dollars para atender al cultivo y elaboración de cañas sembradas en terrenos de su referida esposa y en otros, reservándose Roig en la cláusula 7ª. la servidumbre de paso que dice tenía por los terrenos de Doña Julia Ana María Pérez y Sánchez con relación a la central "El Ejemplo" de su propiedad.

Habiendo solicitado Don Antonio Roig Torrellas la inscripción en el registro; de la que él llama ratificación de servidumbre, contenida en la cláusula 7ª. del anterior documento con relación a la finca denominada "Vega del Recreo," le fué denegada por medio de nota, que dice así:

"La inscripción de la ratificación de servidumbre contenida en la cláusula 7ª. de este documento y que se pide se practique en la finca denominada 'Vega del Recreo,' compuesta de 53 cuerdas 75 centavos y sita en el barrio Teja de este término como parte que era de la antigua finca 'Providencia' sobre la cual se constituyera dicha servidumbre, ha sido denegada de conformidad con la resolución de 27 de junio de 1864; por cuanto que no aparece mencionada sobre la

finca 'Vega del Recreo' la expresada servidumbre y no consta la anuencia de la propietaria para el establecimiento de la misma, pues la referida cláusula 7ª. de este documento es condición esencial de un contrato, cuyo objeto no fué el reconocimiento expreso de servidumbre alguna sobre la citada finca; y se ha tomado en su lugar anotación por 120 días, de acuerdo con la ley, en el tomo 21 de Humacao, al folio 169, finca 848 triplicado, anotación letra A. Humacao, 4 de enero de 1911. El Registrador, Miguel Planellas.''

La nota que dejamos transcrita ha sido recurrida por Roig Torrellas.

Verdaderamente que la escritura de 21 de agosto de 1902 presentada al Registrador de la Propiedad de Humacao para su inscripción en cuanto a la ratificación de servidumbre que se dice contiene su cláusula 7ª. con relación a la finca denominada ''Vega del Recreo,'' no envuelve la constitución de servidumbre de paso que se ha tratado de inscribir sobre la finca ''Vega del Recreo,'' pues esa finca ni siquiera se menciona en la indicada escritura, y el hecho de haberse reservado Don Antonio Roig Torrellas la servidumbre de paso por los terrenos de Doña Julia Ana María Pérez y Sánchez, prescindiendo de las estipulaciones hechas en la escritura de 15 de noviembre de 1896, no puede tener más alcance legal que el propio de toda reserva, que por sí no crea derecho alguno.

Si Roig Torrellas cree tener derecho de servidumbre de paso sobre la finca ''Vega del Recreo'' en virtud de la escritura de 15 de noviembre de 1896, acuda al Registro de la Propiedad de Humacao con esa escritura y demás documentos justificativos de aquel derecho a fin de que se verifique su inscripción, y el Registrador, usando de las facultades que le reconoce la ley hipotecaria, hará la calificación que estime procedente en derecho, la cual en su caso podrá ser recurrida por la parte interesada.

Entonces, y sólo entonces, podremos discutir la aplicación del artículo 542 del Código Civil con relación al presente caso; pero tal como se solicitó la inscripción de servidumbre

mediante la presentación de un documento como la escritura de 21 de agosto de 1902, que no es constitutiva de aquel derecho, procedía la denegatoria de dicha inscripción.

Por las razones expuestas, procede se confirme la nota recurrida.

*Confirmada.*

Jueces concurrentes: Sres. Asociados MacLeary, Wolf, del Toro y Aldrey.